**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8302**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

BELINDA RENEE BRYANT, a/k/a Renee,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
Senior District Judge.   (5:95-cr-00149-H-1; 5:05-cv-00075-H)

Submitted:  March 17, 2009        Decided:  March 23, 2009

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Belinda Renee Bryant, Appellant Pro Se. Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Belinda Renee Bryant appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2008) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Bryant</u>, Nos. 5:95-cr-00149-H-1; 5:05-cv-00075-H (E.D.N.C. Sept. 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>